UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br>    Plaintiff,<br><br>v.<br><br>VIVIAN B. OLSEN, EXECUTOR ESTATE OF WALLACE ERSKINE MATHES, III AND EXECUTOR ESTATE OF KAREN MATHES, BIK PANG, DOROTHY J MATHES AND WALLACE E. MATHES, JR.,<br>    Defendants<br><br>AND RELATED CROSS ACTIONS | Case No.: CV 09-1212 MEJ<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF WALLACE MATHES, JR. AND DOROTHY MATHES TO EXCUSE PHYSICAL ATTENDANCE AT TIME OF ENE CONFERENCE |

    Having read and considered the application of Defendants and Crossclaimants Wallace E. Mathes, Jr. and Dorothy J. Mathes to excuse their physical appearance at the Early Neutral Evaluation Conference, brought pursuant to Local Rule 5-10(d) of this Court, and good cause appearing therefor,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the application of Wallace E. Mathes, Jr. and Dorothy J. Mathes to be excused from physically attending the Early Neutral Conference set for September 3, 2009 is GRANTED. Wallace E. Mathes, Jr. may participate in the Early Neutral

Evaluation Conference by telephone on behalf of himself and his wife Dorothy J. Mathes in lieu of a personal appearance.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Wallace E. Mathes, Jr. shall participate in the Early Neutral Evaluation Conference as if he were personally present.

Dated: August 7, 2009

UNITED STATES MAGISTRATE JUDGE