UNITED STATES DISTRICT COURT

Northern District of California

METROPOLITAN LIFE INS

        Plaintiff(s),         No. C 09-01212 MEJ

  v.

VIVIAN B. OLSEN

        Defendant(s).

**ORDER DIRECTING DEFENDANT BIK PANG TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

_____/

On December 7, 2009, Defendant Bik Pang electronically filed certain documents in support of her summary judgment motion and in response to Defendant Olsen's summary judgment motion. (Dkt. ## 43-48.) However, Defendant has failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. Defendant is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy, **with exhibits and appropriate tab dividers if necessary**, of the above-referenced documents.

**IT IS SO ORDERED.**

Dated: December 10, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge