# UNITED STATES  DISTRICT COURT

## Northern District of California

METROPOLITAN LIFE INS,

          Plaintiff(s),

   v.

VIVIAN B. OLSEN,

          Defendant(s).

_____/

No. C 09-01212 MEJ

**ORDER RE SETTLEMENT
REFERRAL**

      Pending before the Court are the parties' cross-motions for summary judgment.  Although the parties have participated in the early neutral evaluation process, the Court finds that a referral to another magistrate judge for a settlement conference may prove fruitful prior to any ruling on the summary judgment motions.  Accordingly, the Court hereby ORDERS the parties to file a joint status report and state whether they would like the opportunity to attend a settlement conference. The parties should also indicate whether there is a particular magistrate judge to whom they would like to be assigned.  The parties shall e-file their statement by January 19, 2010.  No chambers copy is necessary.

      **IT IS SO ORDERED.**

Dated: January 12, 2010

                               _____
                                Maria-Elena James
                                Chief United States Magistrate Judge