```
 1  Charles A. Triay (SBN: 78193)
    Paul D. Epstein, (SBN: 203333)
 2  TRIAY LAW OFFICE
    One Kaiser Plaza, Suite 750
 3  Oakland, CA 94612
    Tel:  (510) 832-8700
 4  Fax:  (510) 836-2595

 5  Attorneys for Attorneys for Bik Pang
    Defendant and Bik Pang and Lim Pang
 6  and Cross Claimants

 7
```

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | Case No. . CV-09-01212 MEJ |
| Plaintiff, | **STIPULATION RE REQUEST FOR CONTINUANCE OF MOTION FOR SUMMARY JUDGMENT AND ~~PROPOSED~~ ORDER** |
| vs. | |
| VIVIAN B. OLSEN, EXECUTOR, ESTATE OF WALLACE ERSKINE MATHES III, EXECUTOR OF THE ESTATE OF KAREN MATHES, BIK PANG, DOROTHY J. MATHES AND WALLACE E. MATHES, JR., | **DATE:** January 28, 2010<br>**TIME:** 10:00 a.m.<br>**DEPT:** Judge Maria Elena James |
| Defendants. / | |
| BIK PANG and LIM PANG, | |
| Cross Claimants, | |
| vs. | |
| VIVIAN B. OLSEN AS EXECUTOR OF THE ESTATE OF WALLACE ERSKINE MATHES III; VIVIAN B. OLSEN AS EXECUTOR OF THE ESTATE OF KAREN MATHES; DOROTHY J. MATHES; WALLACE E. MATHES, JR., DOES 1 TO 100, | |
| Cross Defendants. / | |

28  ///

1   The court has set a hearing for January 28, 2010 at 10:00 am. In
2   Courtroom B of this court for the hearing on the Motions for Summary
3   Judgment filed by defendants Vivian B. Olsen, Bik and Lim Pang.
4       Counsel for the personal representative Vivian B. Olsen, counsel for Bik
5   and Lim Pang, and counsel for Wallace E. Mathes Jr. and Dorothy J. Mathes
6   join in requesting that the hearings now set for January 28, 2010 be
7   continued to February 25, 2010 at 10:00 a.m. to comply with the Amended
8   Case Management Conference Order herein.

10  Dated: 1/13/10                    Triay Law Office
11                                    /s/ Paul D. Epstein
                                      Charles A. Triay
12                                    Paul D. Epstein
                                      Attorneys for Bik Pang and Lim Pang

14  Date 1/12/10                      Barlich Dugoni Law Group Inc.

16                                    /s/ Randall B. Schmidt
                                      Randall B. Schmidt
17                                    Attorney for Vivian B. Olsen,
                                      Executor

19  Date_____                      Law Offices of Dennis M. Sullivan

22                                    Dennis M. Sullivan
                                      Attorney for Wallace E. Mathes, Jr.
                                      and Dorothy J. Mathes

24                      [PROPOSED ORDER]
25      IT IS SO ORDERED.

26  January 13, 2010
27  Date_____                      _____
                                      UNITED STATES MAGISTRATE JUDGE
28

---

**STIPULATION RE REQUEST FOR CONTINUANCE OF MOTION FOR SUMMARY JUDG.**
K:\Documents\Client-Matters\Mathes (Metro Life Ins)\Pleadings\MSJ (Bik & Lim)\Stip. for Continuance of Mot. for Summary Judg.wpd
Page 2

| | | |
|---|---|---|
| 1 | The court has set a hearing for January 28, 2010 at 10:00 am. in | |
| 2 | Courtroom B of this court for the hearing on the Motions for Summary | |
| 3 | Judgment filed by defendants Vivian B. Olsen, Bik and Lim Pang. | |
| 4 | Counsel for the personal representative Vivian B. Olsen, counsel for Bik | |
| 5 | and Lim Pang, and counsel for Wallace E. Mathes Jr. and Dorothy J. Mathes | |
| 6 | join in requesting that the hearings now set for January 28, 2010 be | |
| 7 | continued to February 25, 2010 at 10:00 a.m. to comply with the Amended | |
| 8 | Case Management Conference Order herein. | |

Dated:_____        Triay Law Office

_____
Charles A. Triay
Paul D. Epstein
Attorneys for Bik Pang and Lim Pang

Date_____        Barlich Dugoni Law Group Inc.

_____
Randall B. Schmidt
Attorney for Vivian B. Olsen,
Executor

Date *January 12, 2010*        Law Offices of Dennis M. Sullivan

_____
Dennis M. Sullivan
Attorney for Wallace E. Mathes, Jr.
and Dorothy J. Mathes

### [PROPOSED ORDER]

IT IS SO ORDERED.

Date_____        _____
                            UNITED STATES MAGISTRATE JUDGE