1  Charles A. Triay (SBN: 78193)
   Paul D. Epstein, (SBN: 203333)
2  TRIAY LAW OFFICE
   One Kaiser Plaza, Suite 750
3  Oakland, CA  94612
   Tel:   (510) 832-8700
4  Fax:   (510) 836-2595

5  Attorneys for Attorneys for Bik Pang
   Defendant and Bik Pang and Lim Pang
6  and Cross Claimants

7

8                  UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 METROPOLITAN LIFE INSURANCE        Case No. .  CV-09-01212 MEJ
   COMPANY,
11                                    **STIPULATION RE REQUEST FOR
              Plaintiff,              CONTINUANCE OF MOTION FOR
12                                    SUMMARY JUDGMENT AND
         vs.                          ~~PROPOSED~~ ORDER**
13
   VIVIAN B. OLSEN, EXECUTOR,
14 ESTATE OF WALLACE ERSKINE
   MATHES III, EXECUTOR OF THE        **DATE:**    January 28, 2010
15 ESTATE OF KAREN MATHES, BIK        **TIME:**    10:00 a.m.
   PANG, DOROTHY J. MATHES AND        **DEPT:**    Judge Maria Elena James
16 WALLACE E. MATHES, JR.,

17            Defendants.
   _____/
18
   BIK PANG and LIM PANG,
19
              Cross Claimants,
20
         vs.
21
   VIVIAN B. OLSEN AS EXECUTOR OF
22 THE ESTATE OF WALLACE ERSKINE
   MATHES III; VIVIAN B. OLSEN AS
23 EXECUTOR OF THE ESTATE OF
   KAREN MATHES; DOROTHY J.
24 MATHES; WALLACE E. MATHES, JR.,
   DOES 1 TO 100,
25
              Cross Defendants.
26
   _____/
27
28 ///

**STIPULATION RE REQUEST FOR CONTINUANCE OF MOTION FOR SUMMARY JUDG.**

1    The court has set a hearing for January 28, 2010 at 10:00 am. In

2    Courtroom B of this court for the hearing on the Motions for Summary

3    Judgment filed by defendants Vivian B. Olsen, Bik and Lim Pang.

4    Counsel for the personal representative Vivian B. Olsen, counsel for Bik

5    and Lim Pang, and counsel for Wallace E. Mathes Jr. and Dorothy J. Mathes

6    join in requesting that the hearings now set for January 28, 2010 be

7    continued to February 25, 2010 at 10:00 a.m. to comply with the Amended

8    Case Management Conference Order herein.

9

10   Dated:  1/13/10                          Triay Law Office

11                                            *Paul D. Epstein*

12                                            Charles A. Triay
                                              Paul D. Epstein

13                                            Attorneys for Bik Pang and Lim Pang

14   Date  1/12/10                            Barlich Dugoni Law Group Inc.

15

16                                            *Randall B. Schmidt*

17                                            Randall B. Schmidt
                                              Attorney for Vivian B. Olsen,

18                                            Executor

19   Date_____              Law Offices of Dennis M. Sullivan

20

21                                            _____

22                                            Dennis M. Sullivan
                                              Attorney for Wallace E. Mathes, Jr.

23                                            and Dorothy J. Mathes

24                          [PROPOSED] ORDER]

25   IT IS SO ORDERED.

26   January 13, 2010

27   Date_____              UNITED STATES MAGISTRATE JUDGE

28

STIPULATION RE REQUEST FOR CONTINUANCE OF MOTION FOR SUMMARY JUDG.
K:\Documents\Client-Matters\Mathes (Metro Life Ins)\Pleadings\MSJ (Bik & Lim)\Stip. for Continuance of Mot. for Summary
Judg.wpd                                                                      Page 2

1    The court has set a hearing for January 28, 2010 at 10:00 am. in

2   Courtroom B of this court for the hearing on the Motions for Summary

3   Judgment filed by defendants Vivian B. Olsen, Bik and Lim Pang.

4    Counsel for the personal representative Vivian B. Olsen, counsel for Bik

5   and Lim Pang, and counsel for Wallace E. Mathes Jr. and Dorothy J. Mathes

6   join in requesting that the hearings now set for January 28, 2010 be

7   continued to February 25, 2010 at 10:00 a.m. to comply with the Amended

8   Case Management Conference Order herein.

9

10  Dated:_____          Triay Law Office

11                                       _____
                                         Charles A. Triay
12                                       Paul D. Epstein
                                         Attorneys for Bik Pang and Lim Pang
13

14  Date_____          Barlich Dugoni Law Group Inc.

15

16                                       _____
                                         Randall B. Schmidt
17                                       Attorney for Vivian B. Olsen,
                                         Executor
18

19  Date *January 12, 2010*          Law Offices of Dennis M. Sullivan

20

21                                       _____

22                                       Dennis M. Sullivan
                                         Attorney for Wallace E. Mathes, Jr.
23                                       and Dorothy J. Mathes

24                        **[PROPOSED ORDER]**

25       IT IS SO ORDERED.

26

27  Date_____          _____
                                   UNITED STATES MAGISTRATE JUDGE
28

**STIPULATION RE REQUEST FOR CONTINUANCE OF MOTION FOR SUMMARY JUDG.**
K:\Documents\Client-Matters\Mathes (Metro Life Ins)\Pleadings\MSJ (Bik & Lim)\Stip. for Continuance of Mot. for Summary
Judg.wpd                                                                          Page 2