UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br>　　　　Plaintiff,<br><br>　　v.<br><br>VIVIAN B. OLSEN, EXECUTOR ESTATE OF WALLACE ERSKINE MATHES, III AND EXECUTOR ESTATE OF KAREN MATHES, BIK PANG, DOROTHY J MATHES AND WALLACE E. MATHES, JR.,<br>　　　　Defendants | Case No.: CV 09-1212 MEJ<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION OF WALLACE MATHES, JR. AND DOROTHY MATHES TO EXCUSE PHYSICAL ATTENDANCE AT TIME OF SETTLEMENT CONFERENCE** |
| AND RELATED CROSS ACTIONS | |

Having read and considered the application of Defendants and Crossclaimants Wallace E. Mathes, Jr. and Dorothy J. Mathes to excuse their physical appearance at the Settlement Conference, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the application of Wallace E. Mathes, Jr. and Dorothy J. Mathes to be excused from physically attending the Settlement Conference set for February 5, 2010 is GRANTED. Wallace E. Mathes, Jr. may participate in the Settlement

1 | Conference by telephone on behalf of himself and his wife Dorothy J. Mathes in lieu of a personal
2 | appearance.
3 | IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Wallace E. Mathes, Jr. shall
4 | participate in the Settlement Conference as if he were personally present.

Dated: January 1, 2010

_____
UNITED STATES MAGISTRATE JUDGE