| | |
|---|---|
| 1 | RANDALL B. SCHMIDT (SBN 191056) |
|   | Barulich Dugoni Law Group, Inc. |
| 2 | 231 Second Avenue |
|   | San Mateo, CA 94401 |
| 3 | Telephone: (650) 292-2900 |
|   | Fax: (650) 292-2901 |
| 4 | Email: randall@bdlawinc.com |
| 5 | CAROLYN M. FARREN (SBN 048131) |
|   | Kelley & Farren, LLP |
| 6 | 1101 Fifth Avenue Suite 160 |
|   | San Rafael, CA 94901 |
| 7 | Telephone: (415) 925-5200 |
|   | Fax: (415) 925-5949 |
| 8 | Email: cfarren@kelleyfarren.com |
| 9 | Attorneys for Vivian B. Olsen, Cross-Defendant |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | Case Number CV 09-01212 MEJ |
| Plaintiff, | **STIPULATION AND ORDER VACATING MOTIONS FOR SUMMARY JUDGMENT** |
| vs. | |
| VIVIAN B. OLSEN, EXECUTOR, ESTATE OF WALLACE ERSKINE MATHES III, EXECUTOR OF THE ESTATE OF KAREN MATHES, BIK PANG, DOROTHY J. MATHES AND WALLACE E. MATHES, JR. | |
| Defendants. | |
| VIVIAN B. OLSEN, EXECUTOR, ESTATE OF WALLACE ERSKINE MATHES III, EXECUTOR OF THE ESTATE OF KAREN MATHES, | |
| Crossclaimaint, | |
| vs. | DATE: February 25, 2010 |
| DOROTHY J. MATHES; WALLACE E. MATHES, JR.; BIK PANG; DOES 1 TO 100. | TIME: 10:00 a.m. |
|  | DEPT: Judge Maria-Elena James |
| Crossdefendants. | |

1  The undersigned counsel hereby stipulate to vacate the three pending motions for
2  summary judgment, filed by Vivian B. Olsen, Lim Pang and Bik Pang, and Dorothy J. Mathes
3  and Wallace E. Mathes, Jr., respectively given that this matter settled at the February 5, 2010
4  settlement conference before Magistrate Judge Bernard Zimmerman.
5  It is so stipulated.
6  Dated: February 17, 2010

DENNIS M. SULLIVAN
Attorney for Defendants and Cross-
Claimants Wallace E. Mathes, Jr. and
Dorothy Mathes

Dated: February ____, 2010

RANDALL B. SCHMIDT
Attorney for Defendant and Cross-Claimant
Vivian B. Olsen, Executor of the Estates
of Wallace E. Mathes, III and Karen Mathes

Dated: February ____, 2010

CHARLES A. TRIAY
Attorney for Defendants and
Cross-Claimants Bik Pang and Lim Pang

All pretrial and trial dates are VACATED.

IT IS SO ODERED:

Dated: February 23, 2010

The Hon. Maria-Elena James
United States Magistrate Judge

1  The undersigned counsel hereby stipulate to vacate the three pending motions for
2  summary judgment, filed by Vivian B. Olsen, Lim Pang and Bik Pang, and Dorothy J. Mathes
3  and Wallace E. Mathes, Jr., respectively given that this matter settled at the February 5, 2010
4  settlement conference before Magistrate Judge Bernard Zimmerman.
5  It is so stipulated.

6  Dated: February ____, 2010

7  _____
   DENNIS M. SULLIVAN
8  Attorney for Defendants and Cross-
   Claimants Wallace E. Mathes, Jr. and
9  Dorothy Mathes

10
11 Dated: February 22, 2010                      _____
                                                 RANDALL B. SCHMIDT
12                                               Attorney for Defendant and Cross-Claimant
                                                 Vivian B. Olsen, Executor of the Estates
13                                               of Wallace E. Mathes, III and Karen Mathes
14
15
16 Dated: February ____, 2010                    _____
                                                 CHARLES A. TRIAY
17                                               Attorney for Defendants and
                                                 Cross-Claimants Bik Pang and Lim Pang
18

19 IT IS SO ODERED:
20 Dated: February ___, 2010
21
22
23                                               _____
24                                               The Hon. Maria-Elena James
25                                               United States Magistrate Judge
26
27
28

1. The undersigned counsel hereby stipulate to vacate the three pending motions for summary judgment, filed by Vivian B. Olsen, Lim Pang and Bik Pang, and Dorothy J. Mathes and Wallace E. Mathes, Jr., respectively given that this matter settled at the February 5, 2010 settlement conference before Magistrate Judge Bernard Zimmerman.

It is so stipulated.

Dated: February _____, 2010

_____
DENNIS M. SULLIVAN
Attorney for Defendants and Cross-Claimants Wallace E. Mathes, Jr. and Dorothy Mathes

Dated: February _____, 2010

_____
RANDALL B. SCHMIDT
Attorney for Defendant and Cross-Claimant Vivian B. Olsen, Executor of the Estates of Wallace E. Mathes, III and Karen Mathes

Dated: February 21, 2010

_____
CHARLES A. TRIAY
Attorney for Defendants and Cross-Claimants Bik Pang and Lim Pang

IT IS SO ODERED:

Dated: February ___, 2010

_____
The Hon. Maria-Elena James
United States Magistrate Judge

STIPULATION AND ORDER VACTING MOTIONS FOR SUMMARY JUDGMENT          Case Number CV 09-01212 MEJ