Dennis M. Sullivan, Esq. (SBN 46357)
LAW OFFICES OF DENNIS M. SULLIVAN
601 California Street, 16th Floor
San Francisco, CA  94108
Telephone:  (415) 982-5454
Facsimile:   (415) 982-1732
Attorney for Defendants
WALLACE E. MATHES, JR. and DOROTHY J. MATHES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br>       Plaintiff,<br><br>v.<br><br>VIVIAN B. OLSEN, EXECUTOR ESTATE OF WALLACE ERSKINE MATHES, III AND EXECUTOR ESTATE OF KAREN MATHES, BIK PANG, DOROTHY J MATHES AND WALLACE E. MATHES, JR.,<br><br>       Defendants.<br><br>AND RELATED CROSS ACTIONS | Case No.: CV 09-1212 MEJ<br><br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR DISTRIBUTION OF INSURANCE FUNDS ON DEPOSIT WITH THE COURT** |

## STIPULATION

WHEREAS, the parties hereto reached a settlement of all claims in this action at a settlement conference held before the Honorable Bernard Zimmerman on Friday, February 5, 2010; and

WHEREAS, the terms of the settlement agreement as stated on the record in open court are incorporated into this stipulation and proposed Order;

---

1

STIPULATION AND [PROPOSED] ORDER FOR DISTRIBUTION OF INSURANCE FUNDS ON DEPOSIT WITH THE COURT
CASE NO. CV 09-1212 MEJ

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the FEGLI Proceeds heretofore deposited by Metropolitan Life Insurance Company into the registry of this Court in the amount of $588,000.00, plus applicable interest, shall be distributed as follows:

    (a) Sixty percent (60%) shall be distributed to Wallace E. Mathes, Jr. and Dorothy J. Mathes, the parents of Wallace Erskine Mathes III;

    (b) Twenty percent (20%) shall be distributed to Vivian B. Olsen, Executor of the Estate of Karen Mathes; and

    (c) Twenty percent (20%) shall be distributed to Bik Pang and Lim Pang, the parents of Karen Mathes.

THE PARTIES HEREBY FURTHER STIPULATE that the Clerk of the Court shall distribute the FEGLI Proceeds on deposit with the Court according to the percentages identified above.

Dated: February 9, 2010

_____
DENNIS M. SULLIVAN
Attorney for Defendants and
Cross-Claimants Wallace E. Mathes, Jr.
And Dorothy Mathes

Dated: February_____, 2010

_____
RANDALL B. SCHMIDT
Attorney for Defendant and Cross-Claimant
Vivian B. Olsen, Executor of the Estates
of Wallace E. Mathes, III and Karen Mathes

Dated: February 9, 2010

_____
CHARLES A. TRIAY
Attorney for Defendants and
Cross-Claimants Bik Pang and Lim Pang

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the FEGLI Proceeds heretofore deposited by Metropolitan Life Insurance Company into the registry of this Court in the amount of $588,000.00, plus applicable interest, shall be distributed as follows:

(a) Sixty percent (60%) shall be distributed to Wallace E. Mathes, Jr. and Dorothy J. Mathes, the parents of Wallace Erskine Mathes III;

(b) Twenty percent (20%) shall be distributed to Vivian B. Olsen, Executor of the Estate of Karen Mathes; and

(c) Twenty percent (20%) shall be distributed to Bik Pang and Lim Pang, the parents of Karen Mathes.

THE PARTIES HEREBY FURTHER STIPULATE that the Clerk of the Court shall distribute the FEGLI Proceeds on deposit with the Court according to the percentages identified above.

Dated: February____, 2010

DENNIS M. SULLIVAN
Attorney for Defendants and
Cross-Claimants Wallace E. Mathes, Jr.
And Dorothy Mathes

Dated: February 22, 2010

RANDALL B. SCHMIDT
Attorney for Defendant and Cross-Claimant
Vivian B. Olsen, Executor of the Estates
of Wallace E. Mathes, III and Karen Mathes

Dated: February____, 2010

CHARLES A. TRIAY
Attorney for Defendants and
Cross-Claimants Bik Pang and Lim Pang

# ~~[PROPOSED]~~ ORDER

Based on the settlement agreement stated on the record by the Parties in open court in the Department of Magistrate Judge Bernard Zimmerman on Friday, February 5, 2010, and based on the Stipulation of the Parties as set forth above, and good cause appearing therefore,

IT IS HEREBY ORDERED that the FEGLI Proceeds heretofore deposited by Metropolitan Life Insurance Company into the registry of this Court in the amount of $588,000.00, plus applicable interest, shall be distributed forthwith as follows:

(a) Sixty percent (60%) shall be distributed to Wallace E. Mathes, Jr. and Dorothy J. Mathes, the parents of Wallace Erskine Mathes III;

(b) Twenty percent (20%) shall be distributed to Vivian B. Olsen, Executor of the Estate of Karen Mathes; and

(c) Twenty percent (20%) shall be distributed to Bik Pang and Lim Pang, the parents of Karen Mathes.

IT IS FURTHER ORDERED that the Clerk of the Court is hereby authorized and directed to disburse the FEGLI Proceeds on deposit with the Court according to the percentages identified above.

Dated: March __12__, 2010

_____
The Honorable Maria-Elena James
United States Chief Magistrate Judge

---

3
STIPULATION AND [PROPOSED] ORDER FOR DISTRIBUTION OF INSURANCE FUNDS ON DEPOSIT WITH THE COURT
CASE NO. CV 09-1212 MEJ