**UNITED STATES DISTRICT COURT**

Northern District of California

| | |
|---|---|
| METROPOLITAN LIFE INS,<br><br>    Plaintiff(s),<br> v.<br>VIVIAN B. OLSEN,<br><br>    Defendant(s).<br>_____/ | No. C 09-1212 MEJ<br><br>**ORDER RE STATUS** |

On March 12, 2010, the Court granted the parties stipulation to disperse the FEGLI proceeds in this matter. (Dkt. #77.) Accordingly, the Court ORDERS the parties to file a stipulation for dismissal or joint status report by June 8, 2010.

  **IT IS SO ORDERED.**

Dated: May 25, 2010

                  _____
                  Maria-Elena James
                  Chief United States Magistrate Judge