1  Dennis M. Sullivan, Esq. (SBN 46357)
   LAW OFFICES OF DENNIS M. SULLIVAN
2  601 California Street, 16th Floor
   San Francisco, CA  94108
3  Telephone:  (415) 982-5454
4  Facsimile:   (415) 982-1732
   Attorney for Defendants
5  WALLACE E. MATHES, JR. and DOROTHY J. MATHES

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11
    METROPOLITAN LIFE INSURANCE       Case No.: CV 09-1212 MEJ
12  COMPANY,
                Plaintiff,
13
         v.
14  .                                 **STIPULATION OF DISMISSAL**
15  VIVIAN B. OLSEN, EXECUTOR ESTATE
    OF WALLACE ERSKINE MATHES, III
16  AND EXECUTOR ESTATE OF KAREN
    MATHES, BIK PANG, DOROTHY J
17  MATHES AND WALLACE E. MATHES, JR.,
18
                Defendants.
19

20
21  AND RELATED CROSS ACTIONS
22

23

24                       **STIPULATION**

25       WHEREAS, the parties hereto reached a settlement of all claims in this action at a settlement

26  conference held before the Honorable Bernard Zimmerman on Friday, February 5, 2010; and

27

28

---

STIPULATION OF DISMISSAL OF ACTION                           1                           CASE NO. CV 09-1212 MEJ

1  WHEREAS, the terms of the settlement agreement as stated on the record in open court have
2  been fully carried out and all funds on deposit with the Court have been disbursed to the parties in
3  accordance with the terms of the settlement;
4  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto
5  through their respective attorneys of record that the above-captioned action be and hereby is dismissed with
6  prejudice.

Dated: May 25, 2010

_____
DENNIS M. SULLIVAN
Attorney for Defendants and
Cross-Claimants Wallace E. Mathes, Jr.
And Dorothy Mathes

Dated: May _____, 2010

_____
RANDALL B. SCHMIDT
Attorney for Defendant and Cross-Claimant
Vivian B. Olsen, Executor of the Estates
of Wallace E. Mathes, III and Karen Mathes

Dated: May 25, 2010

_____
CHARLES A. TRIAY
Attorney for Defendants and
Cross-Claimants Bik Pang and Lim Pang

**GRANTED**
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

STIPULATION OF DISMISSAL OF ACTION

2

CASE NO. CV 09-1212 MEJ

1  WHEREAS, the terms of the settlement agreement as stated on the record in open court have
2  been fully carried out and all funds on deposit with the Court have been disbursed to the parties in
3  accordance with the terms of the settlement;
4  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto
5  through their respective attorneys of record that the above-captioned action be and hereby is dismissed with
6  prejudice.

Dated: May _____, 2010

_____
DENNIS M. SULLIVAN
Attorney for Defendants and
Cross-Claimants Wallace E. Mathes, Jr.
And Dorothy Mathes

Dated: May 27, 2010

_____
RANDALL B. SCHMIDT
Attorney for Defendant and Cross-Claimant
Vivian B. Olsen, Executor of the Estates
of Wallace E. Mathes, III and Karen Mathes

Dated: May _____, 2010

_____
CHARLES A. TRIAY
Attorney for Defendants and
Cross-Claimants Bik Pang and Lim Pang